## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case No. 0:19-cv-03068 SRN/HB

Brock Fredin,

     Plaintiff,

v.

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12**

Halberg Criminal Defense,
Christina Zauhar,

     Defendants.

Defendants Halberg Criminal Defense ("Halberg) and Christina Zauhar ("Zauhar") (collectively "Defendants"), by and through their undersigned counsel, hereby move this Court for an Order dismissing Plaintiff's claims and Complaint with prejudice against Defendants pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Minn. Stat. § 544.42.

This motion is based upon the Memorandum of Law and any Declarations submitted in support of this motion in accordance with the Federal Rules of Civil Procedure, the pleadings on file, the arguments of counsel and parties, and all the files, records and proceedings herein.

Dated:  January 21, 2020      LOMMEN ABDO, P.A.

BY /s/ Barry A. O'Neil
Barry A. O'Neil, I.D. No. 220875
1000 International Centre, 920 Second Avenue South
Minneapolis, MN 55402
(612) 339-8131; FAX: (612) 339-8064
barry@lommen.com

*Attorneys for Defendants*