UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>   Plaintiff,<br><br>v.<br><br>Halberg Criminal Defense,<br>Christina Zauhar,<br><br>   Defendants. | Case No. 19-cv-3068 (SRN/HB)<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54002, pro se.

Barry O'Neil, Lommen Abdo, PA, 1000 International Centre, 920 Second Avenue S., Minneapolis, MN 55402, for Defendants.

SUSAN RICHARD NELSON, United States District Judge

  This matter is before the Court on Plaintiff Brock Fredin's Letter Request [Doc. No. 52], seeking leave to file a motion for reconsideration. Fredin asks the Court to reconsider its May 27, 2020 Order [Doc. No. 50], in which the Court granted Defendants' Motion to Dismiss, and denied Plaintiff's Motion to Amend.

  Local Rule 7.1(j) of this Court requires a party seeking reconsideration to first obtain permission to file such a motion. D. Minn. L.R. 7.1(j). A party may receive permission only by showing "compelling circumstances." *Id.* Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of law or fact or . . . present[ing] newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987)).

Plaintiff has not established "compelling circumstances" necessary to obtain leave to file a motion for reconsideration. Accordingly, Plaintiff's Letter Request [Doc. No. 52] seeking leave to file a motion for reconsideration is **DENIED**.

**SO ORDERED**.

Dated:  May 29, 2020                                   s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge