United States Court of Appeals
For the Eighth Circuit

_____

No. 20-2205
_____

Brock Fredin

*Plaintiff - Appellant*

v.

Halberg Criminal Defense; Christina Zauhar

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 21, 2020
Filed: December 28, 2020
[Unpublished]

_____

Before LOKEN, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

    Brock Fredin appeals the district court's[1] dismissal of his diversity legal malpractice action. Having reviewed the record and considered the parties'

---

[1] The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

arguments on appeal, we find no basis for reversal.  See <u>Kelly v. City of Omaha</u>, 813 F.3d 1070, 1075 (8th Cir. 2016) (grant of motion to dismiss for failure to state claim under Fed. R. Civ. P. 12(b)(6) is reviewed de novo); <u>Kozlov v. Associated Wholesale Grocers, Inc.</u>, 818 F.3d 380, 394 (8th Cir. 2016) (denial of motion to amend complaint is reviewed for abuse of discretion); <u>Flores v. United States,</u> 689 F.3d 894, 900 (8th Cir. 2012) (reviewing district court's interpretation of Minnesota malpractice statute de novo, and denial of motion to extend time limits set forth in Minnesota expert review statute for abuse of discretion); <u>In re Charter Commc'ns, Inc.</u>, 443 F.3d 987, 993 (8th Cir. 2006) (denial of motion for reconsideration is reviewed for abuse of discretion).  The motion for reimbursement of the appellate filing fee is denied.  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____